PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: RAHMAN ABUL SHADEBADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-MJ-0049 KJM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| vs. | |
| RAHMAN ABUL SHADEBADI, | |
| Defendant. | |

Defendant, RAHMAN ABUL SHADEBADI, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, WILLIAM S. WONG, stipulate and agree to the following:

1. The presently scheduled date of December 6th, 2007 for Preliminary Hearing shall be vacated and said Preliminary Hearing be rescheduled for January 7th, 2008 at 2:00 p.m.

2. The Defense is currently in settlement negotiations with the government, thus making it appropriate for the court to make a finding of excludable time pursuant to Local Code T-4. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

3. The Defendant also agrees to extend the time for Preliminary Hearing pursuant to FRCP 5.1 (d).

IT IS SO STIPULATED.

Dated:   Dec. 5, 2007                    /s/  WILLIAM S. WONG
                                                   Assistant U.S. Attorney
                                                   for the Government


Dated:   Dec. 5, 2007                    /s/  PETER KMETO
                                                   Attorney for Defendant
                                                   RAHMAN ABUL SHADEBADI

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Preliminary Hearing currently set for December 6, 2007 be continued as set forth above to January 7, 2008.

The Court finds excludable time pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [Local Code T4] until January 7, 2008 to permit counsel to prepare.

DATED: December 5, 2007.

EDMUND F. BRENNAN
United States Magistrate Judge

- 2 -