```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07-MJ-0049 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND ORDER |
| RAHMAN ABUL SHADEBADI, | ) | |
| Defendant. | ) | |

Plaintiff, The United States of America, by and through its undersigned attorneys, hereby applies to the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for leave to dismiss without prejudice the complaint filed on February 14, 2007, as to defendant RAHMAN ABUL SHADEBADI.

```
                                   LAWRENCE G. BROWN
                                   Acting United States Attorney

Date: April 17, 2009            /s/William S. Wong
                                   By: WILLIAM S. WONG
                                   Assistant United States Attorney
```

1

ORDER

Upon Application of the United States and good cause appearing therefore: IT IS HEREBY ORDERED that the Complaint filed on February 14, 2007, against defendant RAHMAN ABUL SHADEBADI in the above-captioned case is dismissed without prejudice.

DATED: April 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/shadebadi0049.dism